DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DANIEL THOMAS WEAVER,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D17-3256

[June 21, 2018]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Martin County; Lawrence Michael Mirman, Judge; L.T. Case No. 43-2017-CF-000768, 43-2017-CF-000770 and 43-2017-CF-000822.

Carey Haughwout, Public Defender, and Narine N. Austin, Assistant Public Defender, West Palm Beach, for appellant.

No brief filed for appellee.

PER CURIAM.

*Affirmed.*

WARNER, GROSS and LEVINE, JJ., concur.

\*            \*            \*

***Not final until disposition of timely filed motion for rehearing.***